JS6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARILYN BAKER,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, TENET HEALTHCARE CORPORATION ACCIDENTAL DEATH AND DISABILITY PLAN,<br><br>    Defendants. | Case No.: 2:12-cv-03172-PA-DTB<br><br>Action Filed:   04/11/12<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

BARGER & WOLEN LLP
19800 MACARTHUR BLVD.
EIGHTH FLOOR
IRVINE, CA 92612
(949) 757-2800

# ORDER OF DISMISSAL

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1).  Each party shall bear her or their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED:  _November 20, 2012          _____
                                    THE HON. PERCY ANDERSON
                                    UNITED STATES DISTRICT JUDGE